IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

KEVIN B. DEAN,
    Petitioner,

vs.                                Case No.  3:13cv400/LAC/EMT

MICHAEL CREWS,
    Respondent.
_____/

**O R D E R**

      This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated February 12, 2014 (doc. 18).  The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  I have made a <u>de novo</u> determination of objections filed.

      Having considered the Report and Recommendation, and the timely filed objections thereto, I have determined that the Report and Recommendation should be adopted.

      Accordingly, it is now **ORDERED** as follows:

      1.      The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

      2.      Petitioner's habeas petition (doc. 1) is **DISMISSED for lack of jurisdiction**, pursuant to 28 U.S.C. § 2244(b).

      3.      Any pending motions are **DENIED as moot**.

      4.      A certificate of appealability is **DENIED**.

**DONE AND ORDERED** this 27th day of March, 2014.

                                                    s/*L.A. Collier*
                                                    **LACEY A. COLLIER**
                                                    **SENIOR UNITED STATES DISTRICT JUDGE**